Prob 12
Rev. 3/88

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Dawn Michell Wetzel                                Docket No. 03-00139-002

**Petition on Probation**

   COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dawn Michell Wetzel, who was placed on supervision by the Honorable David Stewart Cercone sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of April 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall be placed on home detention for a period of 6 months.
- Shall pay a $100 special assessment.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.
- Shall perform 50 hours of community service work.

04-30-06:   Conspiracy to Possess With the Intent to Distribute a Quantity of Methylenedioxymethamphetamine (MDMA), Commonly Known as Ecstacy, a Quantity of Dimethyltryptamine (DMT), and Less Than 50 Kilograms of Marijuana; 3 years' probation; Currently supervised by U.S. Probation Officer Michael DiBiasi.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

   Your Petitioner reports that the probationer has violated the following conditions of her supervision.

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

   On March 31, 2006, as reported by the U.S. Probation Office in the District of Vermont, the defendant was convicted of Third-Degree Theft by Deception (Welfare Fraud) and was placed on a one-year probation in Sussex County Superior Court, Newton, New Jersey. The defendant has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation, requesting the change in the term of supervision.

PRAYING THAT THE COURT WILL ORDER the probationer's term of supervision be extended for a period of one year from the originally scheduled expiration date.

ORDER OF COURT

Considered and ordered this _____ day of
_____ , 2006,   and ordered filed and made
a part of the records in the above case.

David Stewart Cercone
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on    November 3, 2006

Michael DiBiasi
U.S. Probation Officer

Paul J. D'Ippolito
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania