Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Dawn Michell Wetzel                                Docket No. 03-00139-002

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dawn Michell Wetzel, who was placed on supervision by the Honorable David Stewart Cercone sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of April 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall be placed on home detention for a period of 6 months.
- Shall pay a $100 special assessment.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.
- Shall perform 50 hours of community service work.

04-30-06:   Conspiracy to Possess With the Intent to Distribute a Quantity of Methylenedioxymethamphetamine (MDMA), Commonly Known as Ecstacy, a Quantity of Dimethyltryptamine (DMT), and Less Than 50 Kilograms of Marijuana; 3 years' probation; Currently supervised by U.S. Probation Officer Michael DiBiasi.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following conditions of her supervision.

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

On March 31, 2006, as reported by the U.S. Probation Office in the District of Vermont, the defendant was convicted of Third-Degree Theft by Deception (Welfare Fraud) and was placed on a one-year probation in Sussex County Superior Court, Newton, New Jersey. The defendant has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation, requesting the change in the term of supervision.

PRAYING THAT THE COURT WILL ORDER the probationer's term of supervision be extended for a period of one year from the originally scheduled expiration date.

ORDER OF COURT

Considered and ordered this __13__ day of __November__, 2006, and ordered filed and made a part of the records in the above case.

David Stewart Cercone
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 3, 2006

Michael DiBiasi
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF VERMONT

I <u>Dawn M. Wetzel</u> have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the term of probation be extended one (1) year to a maximum expiration date of 04/29/08.

Witness: _____  Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

3/5/06
DATE