PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBERS *(Tran. Court)* |
|---|
| 03-00139-002 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dawn Michell Wetzel | WESTERN DISTRICT OF PENNSYLVANIA | PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable David Stewart Cercone | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 04-30-04 | TO 04-29-07 |

**OFFENSE**

Conspiracy to Possess With the Intent to Distribute a Quantity of Methylenedioxymethamphetamine (MDMA), Commonly Known as Ecstacy, a Quantity of Dimethylrtryptamine (DMT), and Less Than 50 Kilograms of Marijuana, Schedule I Controlled Substance, 21:846.

## PART 1 - ORDER TRANSFERRING JURISDICTION

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Vermont upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11-13-06_
Date

_D Stewart Cercone_ (signed)
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/27/06_
Effective Date

_J. Garvan Murtha_ (signed)
United States District Judge