UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.  
CLERK OF COURT  
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: December 11, 2006

Clerk's Office  
United States District Court  
District of Vermont  
204 Main Street  
Room 201  
Brattleboro VT 05301

Re: USA v. Dawn Michell Wetzel

Criminal Action No. WDPA #03-139-002

Dear Sir or Madam:

    The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

1. Certified copy of indictment
2. Certified copy of judgment
3. Certified copy of Transfer of Jurisdiction
4. Certified copy of docket sheet

    Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.  
CLERK OF COURT

By: _____  
J. Perch  
Deputy Clerk

Enclosures