**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | 2:03cr139 |
| vs. | ) | Electronic Filing |
| | ) | |
| **DAWN MICHELL WETZEL** | ) | |

## ORDER OF COURT

AND NOW, this 8th day of May, 2008, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

These pleadings are to remain sealed with a copy of this order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings shall file a request with the Clerk with notification to all parties. These pleadings are to remain sealed for 20 years.

Documents: 27 and 28

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge
